IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-06-138 AWI |
| Plaintiff, | ) ) | ORDER REQUIRING ATTORNEY KEVIN LITTLE TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR |
| v. | ) ) | |
| JAGDEEP SINGH SIDHU, et al, | ) ) | |
| Defendants. | ) ) | |

    On September 4, 2007 at 9:00 a.m. the above case was scheduled for status conference and hearing on motions. All parties and all counsel except for attorney Kevin Little were personally present. Neither the court nor any other counsel had received any prior communication from attorney Little explaining his absence. The status conference and hearing on motions constituted a critical stage in the case. The next court date is the Trial Confirmation scheduled for October 29, 2007 at 9:00 a.m. Based upon his unexplained failure to appear at the September 4 court date, the court expresses a concern regarding the status of attorney Little's representation of his client in this case.

    Accordingly, attorney Kevin Little is ORDERED to personally appear and to SHOW CAUSE at 9:00 a.m. on September 24, 2007 in Courtroom 2 why he should not be sanctioned for his failure to appear in court on September 4, 2007.

IT IS SO ORDERED.

Dated:   September 5, 2007            /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE