IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>                         Plaintiff,        )<br>                                                             )<br>            v.                                             )<br>                                                             )<br>JAGDEEP SINGH SIDHU, et al,      )<br>                                                             )<br>                         Defendants.   )<br>_____ ) | CASE NO. CR-F-06-138 AWI<br><br>ORDER CONTINUING HEARING<br>ON ORDER TO SHOW CAUSE TO<br>OCTOBER 29, 2007 AT 9:00 A.M. |

      On September 7, 2007 the Court issued a Show Cause Order requiring attorney Kevin Little to show cause why he should not be sanctioned for failing to appear at a status conference and hearing on motions on September 4, 2007.  On September 11, 2007 attorney Kevin Little filed a Response.

      The Court has reviewed the Response.  The Court tentatively finds that attorney Kevin Little's explanation that he had anticipated that one of his co-counsel would have stood in for him as they had several times previously to be an insufficient basis to discharge the Order to Show Cause.  An attorney's assumption that co-counsel will stand in for him or her without that attorney having previously notified co-counsel and the court of his or her anticipated absence from a previously scheduled to be an unacceptable practice which will not be condoned by this Court.

      The Court does note that attorney Kevin Little has represented in his Response that he is scheduled to commence a jury trial in the Alameda Superior Court on September 24, 2007.

1  THEREFORE, the Court orders that the Order to Show Cause hearing is continued to
2  October 29, 2007 at 9:00 a.m. in Courtroom Two.  This is the same date and time scheduled for
3  the Trial Confirmation in this case.  Attorney Kevin Little is ordered to be personally present in
4  this court on that date and time.

6  IT IS SO ORDERED.

7  **Dated:   September 18, 2007**            _____/s/ Anthony W. Ishii_____
                                               UNITED STATES DISTRICT JUDGE