CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534

Attorney for Defendant Jagdeep Singh Sidhu

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

OCT 1 1 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06CR00138 AWI |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO VACATE TRIAL DATE AND PROPOSED ORDER |
| JAGDEEP SINGH SIDHU, ) | |
| Defendant. ) | |

TO: THIS HONORABLE COURT

The parties hereto, by and through their attorneys of record, do hereby agree and stipulate as follows.

On September 21, 2007, defendant Jagdeep Singh Sidhu retained substitute counsel in this matter. Because of the volume of discovery and the complexity of the issues in the case, new counsel cannot be prepared to adequately represent his client if the case proceeds to trial on November 14, 2007, as presently scheduled. Therefore, the parties agree and request that the current trial date be vacated, and the trial confirmation conference currently set for October

29, 2007, be converted to a status conference and trial setting.

Counsel for defendant Jagdeep Singh Sidhu is authorized to file this stipulation on behalf of all counsel noted below.

DATED: October 10, 2007

/s? Carl M. Faller
CARL M. FALLER
Attorney for Defendant Jagdeep Singh Sidhu


/s/ David A.Torres
DAVID A. TORRES
Attorney for Defendant


/s/ Gregory H. Mitts
GREGORY H. MITTS
Attorney for Defendant Manjit Singh Sidhu


/s/ Mark E. Cullers
MARK E. CULLERS
Assistant United States Attorney

IT IS SO ORDERED.

10-11-07

ANTHONY W. ISHII
United States District Judge