IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-06-138 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE RE KEVIN LITTLE |
| v. | ) | |
| JAGDEEP SINGH SIDHU, et al, | ) | |
| Defendants. | ) | |

On September 5, 2007, this court issued an order to show cause why attorney Kevin Little should not be sanctioned for failing to appear at a scheduled court hearing. On September 24, 2007 Attorney Carl Faller substituted in as the attorney of record for Jagdeep Singh Sidhu in place of attorney Little.

THEREFORE, the order to show cause is hereby discharged, and attorney Little need not appear at the hearing on the order to show cause set for October 29, 2007, and said hearing is vacated.

IT IS SO ORDERED.

Dated:   October 16, 2007            /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE