**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DALJIT SINGH SIDHU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF,<br><br>JAGDEEP SINGH SIDHU ,<br>UDHEBHAN SINGH SIDHU<br>DALJIT SINGH SIDHU<br>　　　　　　　　　　DEFENDANT. | Case No.: 06-CR-00138 AWI<br><br>**STIPULATION AND ORDER TO RETURN PASSPORT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND MARK E. CULLERS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendants, JAGDEEP SINGH SIDHU, UDHEBHAN SINGH SIDHU and DALJIT SINGH SIDHU, by and through their attorneys of record, CARL M. FALLER, GREGORY H. MITTS, and DAVID A. TORRES, respectively. The defendants were ordered to surrender their US Passports: JAGDEEP SINGH SIDHU surrendered one(1) US Passport number 036504392.  UDHEBHAN SINGH SIDHU surrendered two (2) US Passport numbers 710000282 and 155017365.  DALJIT SINGH SIDHU surrendered one(1) US Passport number 201349932.

On June 9, 2008 the case was dismissed. All parties agree that defendants' Passports shall be released forthwith to each applicable Defendant.

This is a mutual request between Assistant United States Attorney, Mark E. Cullers and is joined by counsel for all defendants in the action herein.

Dated: June 13, 2008 /s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
JEGDEEP SINGH SIDHU

Dated: June 13, 2008 /s/ Gregory H. Mitts
GREGORY H. MITTS
Attorney for Co-Defendant
UDHEBHAN SINGH SIDHU

Dated: June 13, 2008 /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
DALJIT SINGH SIDHU

McGREGOR W. SCOTT
United States Attorney

Dated: June 13, 2008 By /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Sentencing    2

# ORDER

IT IS SO ORDERED that the US Passports belonging to defendants in this action be released forthwith to each applicable Defendant.

IT IS SO ORDERED.

**Dated:   June 16, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE