1  CARL M. FALLER   SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534

4

5  Attorney for Defendant Jagdeep Singh Sidhu

6

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
    UNITED STATES OF AMERICA ,              )   1:06-cr-00138 AWI
12                                           )
                                             )
13           Plaintiff,                      )
                                             )
14      vs.                                  )
                                             )   STIPULATION AND ORDER
15                                           )   REGARDING INTERNATIONAL
                                             )   TRAVEL
16  JAGDEEP SINGH SIDHU                      )
                                             )
17                                           )
                                             )
18           Defendant.                      )
                                             )
19  _____     )

20

21
          It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of
22
    record, that the above-named defendant, who is currently on probation to this court be allowed to
23
    travel from his  residence to the country of India, between the dates listed below
24
                    Departure:  October 24, 2008
25
                    Return:  January 3, 2009
26

27
    ///
28

This stipulation and proposed order is submitted with the approval of the United States Probation Office.

DATED:  September 25, 2008                  */s/*  Carl M. Faller

                                            CARL M. FALLER

                                            Attorney for Defendant




                                            /s/  Mark E. Cullers

                                            MARK E. cullers

                                            Attorney for the

                                            United States of America


IT IS SO ORDERED.

**Dated:     September 30, 2008**              */s/ Anthony W. Ishii*
                                            CHIEF UNITED STATES DISTRICT JUDGE