**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,               )<br>                                                              )<br>              v.                                         )<br>                                                              )<br> JAGDEEP SINGH SIDHU,               )<br>                                                              )<br>                    Defendant.           )<br> _____) | NO. 1:06-CR-00138-AWI<br><br>STIPULATION AND ORDER REGARDING INTERNATIONAL TRAVEL |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendant, who is currently on probation to this court be allowed to travel from his residence to the country of India, between the dates listed below:

               Departure: November 23, 2009

               Return: December 25, 2009

///
///
///
///
///
///
///
///

This stipulation and proposed order is submitted with the approval of the United States Probation Office.

DATED:  November 10, 2009  /s/  Carl M. Faller
CARL M. FALLER
Attorney for Defendant

/s/  Mark E. Cullers
MARK E. cullers
Attorney for the
United States of America

ORDER

IT IS SO ORDERED.

**Dated:      November 15, 2009**          /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2